**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

**In re:**

**CASALE MARBLE IMPORTS, INC.,**          Case No.   08-196889-BKC-PGH
                                          **Chapter 11 Case**
          Debtor.
_____/

### CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), **CASALE MARBLE IMPORTS, INC.,** as debtor and debtor-in-possession ("CASALE" or "Debtor"), files this *Chapter 11 Case Management Summary* and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under Chapter 11:**  July 14, 2008**.**

2. **Names, Case Numbers and Dates of Filing of Related Debtors:**  N/A.

3. **Description of Debtor's Business:**

    The Debtor is engaged in the ownership and operation of a marble fabrication and installation business, and a marble distribution business located in Palm Beach County, Florida.

4. **Location of Debtor's Operations and Whether the Business Premises Is Leased or Owned:**

    The Debtor does not own any real property.  The Debtor maintains its executive offices and main operations in Delray Beach, Palm Beach County, Florida.  The Debtor leases this facility from Commercial Real Estate Investment Group, a company owned by Donato W. Casale, who is the owner and president of the Debtor.  The Debtor also leases a distribution facility located in Ft. Myers, Florida, from Metro & Sivan, LLC, a company owned by Donato W. Casale.

5. **Reasons for Filing Chapter 11:**

    The Debtor has been affected by the downturn in the construction industry. Beginning in 2007, the Debtor began reducing its personnel and currently has approximately 80 individuals on payroll.

6.    **List of Officers and Director, if applicable, and Their Salaries and Benefits at the Time of Filing and During the One (1) Year Prior to Filing:**

Donato W. Casale, President and Director – $300,000 annually, plus insurance, automobile and phone benefits.  *(Mr. Casale has not taken salary this year.)*

Gary Prindible, Treasurer – (Terminated in February 2008)

7.    **Debtor's Fiscal or Calendar Year-to-Date Gross Income and Debtor's Gross Income for the Calendar or Fiscal Year-Prior to the Petition Filing:**

For the fiscal year ended December 31, 2007, the Debtor had revenues of approximately $26 Million.  As of December 31, 2007, the Debtor reported approximately $19.2 Million in assets and approximately $13.5 Million in liabilities.

8.    **Amounts Owed to Various Creditors:**

(a)    Obligations owed to priority creditors including priority tax obligations:

None.

(b)    With respect to creditor holding secured claims, the names of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtors securing their claims:

RBC Centura Bank is owed approximately $8.4 Million and purportedly has a first priority lien on all assets owned by the Debtor.

(c)    Amounts of unsecured claims:

With respect to unsecured debts as of the Petition Date, the Debtor estimates that $2.3 million is owed to unsecured non-priority claims.

9.    **General Description and Approximate Value of the Debtor's Assets:**

The Debtor's assets consist primarily of its inventory, equipment, and accounts receivable with an estimated value of approximately $16.2 Million.

10.    **List All Insurance Policies, the Property Covered Under each Policy, the Name of the Insurer, the Policy Number, the Amount of Coverage, Whether the Premium is Current, the Date of Next Premium is Due, and Date the Policy Expires:**

With respect to its insurance policies, the Debtor is current on all requisite coverages, i.e., *Employment Practices Liability Insurance* (effective 01/15/08-01/15/09), *Umbrella Policy* (Zurich effective 12/17/07-12/17/08), *Workers' Compensation* (effective 01/01/08-01/01/09), *Contractor Compliance Bond* (paid in full and effective 09/01/07-09/01/08), *Auto*, *Property*, *Group Medical, Dental and Life* (BlueCross/Florida Combined Life effective 04/04/08).  Premiums are being paid in installments.  The

Debtor will obtain Certificates of Insurance from its carriers, and will reflect proof of insurance in the Debtor's initial monthly operating report to be submitted to the U.S. Trustee.

11. **Number of Employees and Amounts of Wages Owed as of Petition Date:**

The Debtor has approximately 80 employees as of the Petition Date. As of the Petition Date, Debtor's employees were owed accrued compensation and benefits from July 5, 2008 to July 12, 2008, amounting to approximately $36,300 (excluding taxes and employer contributions). The Debtor has filed a motion with the Court seeking authorization to pay same (D.E. 9).

12. **Status of Debtor's Payroll and Sales Tax Obligations, if applicable:**

The Debtor is obligated for payroll taxes in the amount of $10,158.54, subject to challenge and reservations of rights in the approximate amounts.

13. **Anticipated Emergency Relief to be Requested with 14 Days from the Petition Date:**

The Debtor filed or shall file the following emergency motions and other pleadings or motions:

(a) Debtor's Emergency Motion for Order Authorizing Debtor to Pay Pre-Petition Wages, Compensation, and Employee Benefits [D.E. 9];

(b) Debtor's Emergency Motion for Order Pursuant to Sections 105(a) and 366 Bankruptcy Code (i) Prohibiting Utilities from Altering, Refusing or Discontinuing Service on Account of Prepetition Invoices; (ii) Approving the Debtor's Proposed Adequate Assurance of Payment; and (iii) Establishing Procedures for Determining Additional Requests for Adequate Assurance of Payment [D.E. 13 (*replacing D.E. 6*)];

(c) Debtor's Emergency Motion for Order (A) Authorizing the Debtor (1) to Use Collateral on an Interim Basis Pursuant to 11 U.S.C. §363, and (2) to Provide Adequate Protection in Connection Therewith Pursuant to 11 U.S.C. §361 [D.E. 7];

(d) Debtor's Motion for Order Establishing Procedures to Permit Payment of Interim Fee Applications of Chapter 11 Professional Every Thirty (30) Days [D.E. 8];

(e) Debtor's Emergency Motion for Order Authorizing (A) the Maintenance of Existing Bank Accounts and (B) The Continued Use of Business Forms [D.E. 10]; and

(f) Application of Debtor-In-Possession for Employment of Paul L. Orshan, P.A. as Counsel [D.E. 11].

Dated:  July 15, 2008

**CASALE MARBLE IMPORTS, INC.**

By:  */s/ Donato W. Casale*
      Donato W. Casale
      President and Director

PAUL L. ORSHAN, P.A.
*Proposed Counsel for Debtor*
2655 Le Jeune Road, Suite 410
Coral Gables, Florida  33134
Telephone:  (305) 779-4882
Facsimile:  (305) 402-0777
plorshan@orshanpa.com


By*:   /s/ Paul L. Orshan*
      Paul L. Orshan, Esq.
      Florida Bar No.:  776203


LF-93 (rev. 06/02/08)