

ORDERED in the Southern District of Florida on August 17, 2010.

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No.  08-19689-BKC-PGH** |
| | **Chapter 11 Case** |
| **CASALE MARBLE IMPORTS, INC.,** | |
| Debtor. | |
| _____/ | |

### AGREED ORDER ON SECOND AGREED MOTION TO EXTEND TIME TO FILE BALLOT ACCEPTING OR REJECTING PLAN

**THIS MATTER** came before the Court on upon Creditor, RBC Bank (USA)'s ("RBC") Second Agreed Motion to Extend Time to File Ballot Accepting or Rejecting Plan (Dkt. No. 395; the "Motion"), and the Court having considered the Motion and that the Debtor has agreed to the relief sought by RBC in the Motion, it is hereby

**ORDERED AND ADJUDGED** that:

1.      The Motion is **GRANTED**.

10041 v2

2. RBC shall file its ballot accepting or rejecting the Debtor's Plan on or before August 18, 2010.

# # #

Order submitted by:
Denise D. Dell-Powell, Esq.
Florida Bar No. 0890472
**BURR & FORMAN LLP**
450 S. Orange Avenue, Suite 200
Orlando, Florida  32801
Telephone:  (407) 244-0888
Facsimile:  (407) 244-0889
E-Mail:  ddpowell@burr.com

Copies provided to:

Paul L. Orshan, Esq. (Proposed Counsel for Debtor)
Denise D. Dell-Powell, Esq. (Counsel for RBC Bank (USA))

Denise D. Dell-Powell, Esq. is directed to immediately serve a conformed copy of this Order and to file a Certificate of Service evidencing same.