**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*www.flsb.uscourts.gov*

In re:

CASALE MARBLE IMPORTS, INC.,

Case No. 08-19689-PGH
Chapter 11

_____Reorganized Debtor._____/


**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

    Pursuant to Local Rule 3022-1(A), the undersigned files this *Final Report and Motion for Final Decree* and represents:

    1. The amended plan of reorganization in this case was confirmed on August 24, 2010 (DE 407). The amended plan provided for an approximate 30% (thirty percent) dividend to unsecured creditors.

    2. The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed amended plan have been fulfilled or completed.

    3. There are no longer any pending contested matters which would affect the substantial consummation of this case, and there have been no adversary proceedings brought in this case.

    4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

| | |
|---|---|
| $0.00 (N/A) | Trustee Compensation |
| $0.00 (N/A) | Fee for Attorney for Trustee |
| $57,613.34 | Fee for Attorney for Debtor |
| $6,500.00 | U.S. Trustee (fees required by 28 U.S.C. §1930) |
| | *Quarter Ending 12/31/2010* |
| $0.00 | Clerk of Court (fees required by 28 U.S.C. §1930) |
| $25,582.00 | Other Professionals |
| $0.00 (N/A) | ALL expenses, including Trustee's |

    5. Under the amended plan, no distributions were due or made on the effective date.

The undersigned respectfully requests that this Court enter a final decree and close this fully administered case.

I certify that a copy of this report was mailed to the U.S. Trustee's office on January 5, 2011.

          PAUL L. ORSHAN, P.A.
          *Counsel for Reorganized Debtor*
          2506 Ponce de Leon Boulevard
          Coral Gables, Florida  33134
          Telephone:  (305) 529-9380
          Facsimile:  (305) 402-0777
          *paul@orshanpa.com*

By:  */s/ Paul L. Orshan*
      Paul L. Orshan, Esq.
      Florida Bar No.:  776203